# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| DEBRA T. WIGGINS,                 ) | |
|        Plaintiff,             ) | |
| v.                                     ) | **JUDGMENT** |
| CAROLYN W. COLVIN,            ) | **CASE NO. 2:12-CV-84-D** |
| *Acting Commissioner of Social Security*,   ) | |
|        Defendant.            ) | |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Court GRANTS the Commissioner's motion for judgment on the pleadings [D.E. 26], DENIES Plaintiff's motion for judgment on the pleadings [D.E. 24], and AFFIRMS the Commissioner's final decision. The clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **FEBRUARY 20, 2014,** WITH A COPY TO:

Lawrence Wittenberg (via CM/ECF electronic notification)
Leo R. Montenegro (via CM/ECF electronic notification)

| | |
|---|---|
| February 20, 2014 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |